**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas  77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **CASTEX ENERGY PARTNERS, LP,** | § | **17-35835 (MI)** |
| *et al.,* | § | **(Chapter 11)** |
| | § | **Jointly Administered** |
| **DEBTORS[1]** | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

        COMES NOW the United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| **Members** | **Counsel for Member** |
|---|---|
| 1. Apache Corporation<br>    Attn: Christopher W. Barnes<br>    2000 Post Oak Blvd., Suite 100<br>    Houston, TX  77056<br>    Tel. 713-296-6511<br>    E-Mail:  chris.barnes@apachecorp.com | Gardere Wynne Sewell, LLP<br>John Melco, Esq.<br>1000 Louisiana, Suite 2000<br>Houston, TX  77002<br>Tel. 713-276-5727<br>Fax 713-276-6727<br>E-Mail: jmelko@gardere.com |

---

[1] The Debtors consist of Castex Energy Partners, L.P. case (17-35835), Castex Energy 2005, L.P. (17-35837), Castex Energy II, LLC (17-35838), Castex Energy IV, LLC (17-35839) and Castex Offshore, Inc. (17-35836). The address of the Debtors is Three Allen Center, 333 Clay Street, Suite 2900, Houston, Texas 77002.

| | | |
|---|---|---|
| 2. | Fieldwood Energy, LLC<br>Attn:  Robert Sergesketter<br>2000 W. Sam Houston Pkwy. S.,<br>Suite 1200<br>Houston, TX  77042<br>Tel. 713-969-1111<br>E-Mail:  robert.sergesketter@fwellc.com | Kilmer Crosby & Walker<br>Brian A. Kilmer, Esq.<br>712 Main St., Suite 1100<br>Houston, TX  77002<br>Tel. 713-300-9662<br>Fax 214-731-3117<br>E-Mail: bkilmer@kcw-lawfirm.com |
| 3. | Benefit Street Partners, LLC<br>Attn:  Alexander McMillan<br>9 West 57th Street, Suite 4920<br>New York, NY  10019<br>Tel. 212-588-6712<br>E-Mail:<br>a.mcmillan@benefitstreetpartners.com | Haynes and Boone, LLP<br>Charles A. Beckham, Jr., Esq.<br>1221 McKinney Street, Suite 2100<br>Houston, TX  77010<br>Tel. 713-547-2243<br>Fax 713-236-5638<br>E-Mail:<br>charles.beckham@haynesboone.com |

Date:  October 27, 2017

Respectfully Submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By:     /s/ Hector Duran
        Hector Duran
        Texas Bar No. 00783996/Fed. ID No. 15243
        515 Rusk, Suite 3516
        Houston, Texas  77002
        Telephone:  (713) 718-4650 x 241
        Fax:  (713) 718-4670
        E-Mail: hector.duran.jr@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on each member of the Committee of Unsecured Creditors and their counsel, and to the Debtors, Debtors' counsel, parties requesting notice, and the twenty largest unsecured creditors by United States Mail, first class, postage prepaid, or by ECF notification or BNC service, on the 27th day of October, 2017.

/s/ Hector Duran
Hector Duran

2